FILED

04/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0111

IN THE SUPREME COURT OF THE STATE OF MONTANA

No.24-0111

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHRISTOPHER SANCHEZ,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 17, 2024 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 29 2024